SCWC-16-0000026

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

U.S. BANK NATIONAL, AS SUCCESSOR TRUSTEE TO BANK OF
AMERICA, N.A. AS SUCCESSOR BY MERGER TO LASALLE BANK, N.A.,
AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE MLMI TRUST,
MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-RMS,
Respondent/Plaintiff-Appellee,

vs.

JOSEFINA LAPITEN DAGA,
Respondent/Defendant-Appellee,

and

RUSSELL BANTANGAN RUMBAWA; GINA MARIA SON ELMER,
Petitioners/Defendants-Appellants,

and

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
SOLELY AS NOMINEE FOR RESMAE MORTGAGE CORPORATION;
DEPARTMENT OF TAXATION – STATE OF HAWAI‘I,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000026; CIVIL NO. 12-1-1114)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Defendants-Appellants Russell Bantangan

Rumbawa and Gina Maria Son Elmer's application for writ of

certiorari filed on July 5, 2019, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, September 5, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

2